AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Any and all accounts held in the screen name rbrtcr1959@aol.com maintained at America Online, Inc., 22000 AOL Way Dulles, Virginia 20166

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I ___Ashton Koo___ being duly sworn depose and say:

I am a(n) ___Special Agent with the Federal Bureau of Investigation___ and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)
America Online, Inc., 22000 AOL Way, Dulles, Virginia 20166

and doing business in the District of Columbia, there is now concealed a certain person or property,

see Attachment A

which is evidence and/or fruits and instrumentalities

concerning a violation of Title _18_ United States Code, Section(s) _§2252A_ . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.     ☒ YES   ☐ NO

Angela Schmidt
Federal Major Crimes/Rm. 4842
(202) 514-7273

Signature of Affiant
Ashton Koo, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

_____
Date

at Washington, D.C.

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer