AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Any and all accounts held in the screen name
rbrtcr1959@aol.com maintained at
America Online, Inc., 22000 AOL Way,
Dulles, Virginia 20166

**SEARCH WARRANT**

CASE NUMBER: 0539M-01

TO: __Special Agent Ashton Koo__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Ashton Koo__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

America Online, Inc., 22000 AOL Way, Dulles, Virginia 20166

doing business in the District of Columbia, there is now concealed a certain person or property, namely

See Attachment A.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before  28 OCT 2005
_____
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

OCT 18 2005  1:50 pm   at Washington, D.C.

ALAN KAY
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer                Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 10/18/05 | 10/20/05 9:00AM | ANN FARKAS, FRAUD INVESTIGATOR |

INVENTORY MADE IN THE PRESENCE OF    ASHTON KOO

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

ONE CD ROM LABELED " AOL 10.03.05 PL-FBI-77225 CROMWELL"



**FILED**

OCT 2 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____    10/26/05
U.S. Judge or U.S. Magistrate Judge    Date